ACCEPTED
15-25-00209-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/4/2025 2:00 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00209-CV**

IN THE COURT OF APPEALS

FOR THE FIFTEENTH DISTRICT OF TEXAS AT

AUSTIN

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/4/2025 2:00:31 PM
CHRISTOPHER A. PRINE
Clerk

IN RE TIKTOK INC., TIKTOK LTD.; TIKTOK PTE.;
TIKTOK U.S. DATA SECURITY INC.;
BYTEDANCE LTD.; AND BYTEDANCE, INC.,

RELATORS.

On Petition for Writ of Mandamus from the
250th Judicial District Court of Travis County, Texas
Trial Court Cause No. D-1-GN-25-003118
Honorable Cory Liu, Presiding Judge

**MOTION FOR ADMISSION *PRO HAC VICE***
**OF DAVID H. THOMPSON**

Pursuant to Rule 19(b) of the Texas Supreme Court Rules Governing Admission

to the Bar of Texas, State of Texas, real-party in interest in this proceeding and Plaintiff

in the court below, by counsel, hereby respectfully moves for the admission of David

H. Thompson, *pro hac vice.* As grounds therefore, the State shows the following:

1. David H. Thompson is a partner at Cooper & Kirk, PLLC:

   1523 New Hampshire Avenue, N.W.
   Washington, DC 20036
   Telephone: (202) 220-9600
   Facsimile: (202) 220-9601
   dthompson@cooperkirk.com

1

2. Mr. Thompson will be associated with Richard McCutcheon from the Office of the Attorney General of Texas. Mr. McCutcheon is a practicing attorney and member in good standing with the State Bar of Texas. His state bar number and contact information is as follows:

> Texas Bar No. 24139547
> 808 Travis Street, Suite 1520
> Houston, Texas 77002
> Telephone: (713) 225-8926
> Facsimile: (713) 223-5821
> Richard.McCutcheon@oag.texas.gov

3. Mr. Thompson was granted permission to appear *pro hac vice* in the 250th Judicial District Court of Travis County on July 19, 2025, in Cause No. D-1-GN-25-003118.

4. Mr. Thompson is admitted to practice and is in good standing before the State bars of District of Columbia and New York, and the following federal courts: the United States District Courts for the District of Columbia, Northern District of Florida, Eastern District of Texas, and Western District of Michigan; the United States Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, Federal, and D.C. Circuits; the United States Court of Federal Claims; and the United States Supreme Court.

5. Mr. Thompson has not been the subject of disciplinary action by the Bar or courts of any jurisdiction in which he is licensed within the past five years.

6. Mr. Thompson has not been denied admission to the courts of any State or to any federal court in the past five years.

7. Mr. Thompson is familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing the conduct of members of the Bar, and will at all times abide by and comply with the same so long as such Texas proceeding is pending and he has not withdrawn as counsel therein.

## PRAYER

For these reasons, the State asks this Court to grant this Motion for Pro Hac Vice Admission and allow David H. Thompson to appear before this Court in this proceeding until the conclusion of this case.

Dated: December 4, 2025

Respectfully submitted,

/s/ David H. Thompson
David H. Thompson
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C., 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
dthompson@cooperkirk.com

**ATTORNEY FOR REAL PARTY IN INTEREST STATE OF TEXAS**

3

# DECLARATION

I declare under penalty of perjury that the foregoing is true and Correct.

_Pro Hac Vice_ Applicant

Sworn to and subscribed before me this __4th__ day of December, 2025.

Notary Public

My commission expires:

John C. Brown
Notary Public, District of Columbia
My Commission Expires 6/14/2027



4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record by electronic filing in accordance with the Texas Rules of Appellate Procedure on December 4, 2025

*/s/ David H. Thompson*
David H. Thompson



EXHIBIT 1

# Board of Law Examiners

Appointed by the Supreme Court of Texas

December 02, 2025

Harrison Wells
Via: E-Mail

## Acknowledgment Letter
## Non-Resident Attorney Fee

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

**Non-resident attorney: David H. Thompson**

**Case:  15-25-00209-CV**

**Texas court or body: Court of Appeals For the Fifteenth District of Texas at Austin**

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule 19(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule 19(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule 19 of the Rules Governing Admission to the Bar of Texas and §82.0361, of the Texas Government Code, which can be found on the Board's website.

Cordially,

Nahdiah Hoang
Executive Director

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 108724667
Filing Code Description: Motion
Filing Description: MOTION FOR ADMISSION PRO HAC VICE OF DAVID H. THOMPSON
Status as of 12/4/2025 3:30 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brandon Duke | | bduke@omm.com | 12/4/2025 2:00:31 PM | SENT |
| Adam Holtz | | adam.holtz@oag.texas.gov | 12/4/2025 2:00:31 PM | SENT |
| Brian Barnes | | bbarnes@cooperkirk.com | 12/4/2025 2:00:31 PM | SENT |
| David Thompson | | dthompson@cooperkirk.com | 12/4/2025 2:00:31 PM | SENT |
| Adam Laxalt | | alaxalt@cooperkirk.com | 12/4/2025 2:00:31 PM | SENT |
| Madeline Fogel | | madeline.fogel@oag.texas.gov | 12/4/2025 2:00:31 PM | SENT |
| Hannah Campus | | hannah.campus@oag.texas.gov | 12/4/2025 2:00:31 PM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 12/4/2025 2:00:31 PM | SENT |
| Jerry Bergman | | jerry.bergman@oag.texas.gov | 12/4/2025 2:00:31 PM | SENT |
| Calendar Litigation | | litigationcalendar@omm.com | 12/4/2025 2:00:31 PM | SENT |
| Megan Crowley | | mcrowley@cov.com | 12/4/2025 2:00:31 PM | SENT |
| Richard Mccutcheon | | richard.mccutcheon@oag.texas.gov | 12/4/2025 2:00:31 PM | SENT |
| Zoann Willis | | zoann.willis@oag.texas.gov | 12/4/2025 2:00:31 PM | SENT |
| Rebecca Hermann | | rebecca.herrmann@oag.texas.gov | 12/4/2025 2:00:31 PM | SENT |